AUGUSTA BARTHOLOMÆ et al., Executors, etc., Respondents, *v.* SIGISMUND KAUFMANN, Appellant.

(Argued December 15, 1882 ; decided January 23, 1883.)

DECIDED on the facts.

*Lewis Sanders* for appellant.

*Benjamin Merritt* for respondents.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.